IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR JAMES TIGNER, #152184, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:12cv954-TMH |
| ) | |
| MS. SPARKS (CLERK), *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On July 17, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 52). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

    1.    Plaintiff's motion to dismiss Defendant Smiley (Doc. # 50) is GRANTED;

    2.    Defendant Monique Smiley is DISMISSED as a party to this complaint; and

    3.    This case with respect to the remaining defendants is REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 30th day of September, 2013.

    /s/ Truman M. Hobbs
    TRUMAN M. HOBBS
    SENIOR UNITED STATES DISTRICT JUDGE