IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ARTHUR JAMES TIGNER,          )<br>)<br>    Plaintiff,         )<br>                             )    CIVIL ACTION NO.<br>    v.                       )      2:12cv954-MHT<br>                             )           (WO)<br>SHIFT CLERK MS. SPARKS,      )<br>et al.,                      )<br>                             )<br>    Defendants.              ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that his due process rights were violated when he was found guilty of a disciplinary violation and that there was insufficient evidence to render the guilty verdict. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this case be dismissed without prejudice for plaintiff's failure to prosecute this action properly and to comply with the orders of this court. There are no objections to the recommendation. After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of November, 2015.

                                /s/ Myron H. Thompson  
                            UNITED STATES DISTRICT JUDGE