IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ARTHUR JAMES TIGNER,          )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )          2:12cv954-MHT
                              )              (WO)
SHIFT CLERK MS. SPARKS,       )
et al.,                       )
                              )
     Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered
today, it is the ORDER, JUDGMENT, and DECREE of the
court as follows:

(1) The United States Magistrate Judge's
recommendation (doc. no. 72) is adopted.

(2) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against
plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this
document on the civil docket as a final judgment
pursuant to Rule 58 of the Federal Rules of Civil
Procedure.

This case is closed.

DONE, this the 30th day of November, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE